# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Docket No. 3:09-mj-173-DCK |
| ) | |
| v. ) | |
| ) | |
| **SERGIO ROSAS GARCIA** ) | **ORDER** |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 29) the charges against Defendant SERGIO ROSAS GARCIA in the criminal Complaint in the above-captioned case without prejudice, filed September 24, 2015.

**IT IS, THEREFORE, ORDERED** that the motion be **GRANTED** and that the charges against Defendant SERGIO ROSAS GARCIA in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: September 24, 2015

David C. Keesler
United States Magistrate Judge